CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

SILVIO NARDONI (SBN: 048395)
silvio@nardonilaw.com
130 South Jackson St.
Glendale, California 91205
Telephone: (818) 550-1800
Facsimile: (818) 550-1850
Attorney for Defendant
Wieners # 363, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>  v.<br><br>KHEMANI BADRUDDIN;<br>WIENERS #363 LLC, an Arizona Limited Liability Company; and Does 1-10,<br><br>    Defendants, | Case: 2:16-CV-04792-BRO-SK<br><br>ORDER ON<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 8, 2017    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: March 8, 2017

By: /s/ Silvio Nardoni
Silvio Nardoni
Attorney for Defendant
Wieners # 363, LLC

IT IS SO ORDERED.

DATED: March 10, 2017

UNITED STATES DISTRICT JUDGE

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Silvio Nardoni, counsel for Wieners # 363, LLC, and that I have obtained Mr. Nardoni's authorization to affix his electronic signature to this document.

Dated: March 8, 2017           CENTER FOR DISABILITY ACCESS

By: __/s/ Phyl Grace__
    Phyl Grace
    Attorneys for Plaintiff

# PROOF OF SERVICE

**LINDSAY V. BADRUDDIN**
**2:16-CV-04792-BRO-SK**

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On March 9, 2017 I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

Addressed to:

| Khemani Badruddin | Silvio Nardoni |
|---|---|
| 20501 Bergamo Way | 130 South Jackson St. |
| Porter Ranch, CA 91326 | Glendale, CA 91205 |

☑ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on March 9, 2017, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Leonardo Pahuriray

PROOF OF SERVICE